UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STONCOR GROUP, INC.,

               Plaintiff,

    v.

CHRISTOPHER CAMPTON, et al.,

               Defendants.

CASE NO. C05-1225JLR

ORDER OF DISMISSAL

      The court having been notified of the settlement of this matter and it appearing that
no issue remains for the court's determination,

      IT IS ORDERED that this action and all claims asserted herein are DISMISSED
with prejudice and without costs to any party.

      In the event settlement is not perfected, any party may move to reopen the case,
provided such motion is filed within **60** days of the date of this order.  Any trial date and
pretrial dates previously set are hereby VACATED.

      DATED this 23rd day of March, 2006.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1